**Karl R. Loureiro** (to be admitted *pro hac vice*)
Email:  Karl.Loureiro@lewisbrisbois.com
**William E. Pallares** (Admitted *pro hac vice*)
Email:  William.Pallares@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

[Additional counsel listed on the signature page]

Attorneys for WINDSOR SURRY COMPANY, WINDSOR WILLITS COMPANY, and WINDSOR HOLDING COMPANY

Honorable Ann Aiken

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT TORCH and JESUS GOMEZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>WINDSOR SURRY COMPANY, d/b/a WINDSORONE; WINDSOR WILLITS COMPANY, d/b/a WINDSOR MILL; and WINDSOR HOLDING COMPANY,<br><br>                Defendants. | Case No. 3:17-cv-00918-AA<br><br>**JOINT STATEMENT REGARDING THE STATUS OF SETTLEMENT DISCUSSIONS** |

JOINT STATEMENT REGARDING THE STATUS OF SETTLEMENT DISCUSSIONS
Case No. 3:17-cv-00918-AA

4845-0147-0823.1

**Lewis Brisbois Bisgaard & Smith LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800 • Fax 213.250.7900

## JOINT STATEMENT REGARDING STATUS OF SETTLEMENT DISCUSSIONS

Plaintiffs Robert Torch and Jesus Gomez, on behalf of themselves and all others similarly situated, ("Plaintiffs") and Defendants Windsor Surry Company and Windsor Willits Company (collectively referred to as "Defendants") hereby jointly submit this Statement Regarding the Status of Settlement Discussions. The parties have scheduled mediation before Rachel Erlich, Esq. with Judicate West in San Francisco, for July 13, 2018. This mediation will include the matter in the District Court of New Hampshire, entitled Begley v. Windsor Surry Company et al., Case No. 17-cv-00317-LM. The parties request an addition forty-five (45) stay to attend mediation.

Respectfully submitted

DATED:  June 4, 2018         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ William E. Pallares
    **William E. Pallares**, (Admitted *pro hac vice*)

633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone:   213.250.1800
Facsimile:   213.250.7900
Email:       William.Pallares@lewisbrisbois.com

-and-

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
**Jennifer K. Oeter**, OSB No. 953728
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone:   971.712.2800
Facsimile:   971.712.2801
Email:       Jennifer.Oetter@lewisbrisbois.com

JOINT STATEMENT REGARDING THE STATUS OF SETTLEMENT DISCUSSIONS
Case No. 3:17-cv-00918-AA

**Lewis Brisbois Bisgaard & Smith LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800 • Fax 213.250.7900

Page 1

4845-0147-0823.1

**KAUFHOLD GASKIN LLP**
**Steven S. Kaufhold** (Admitted *pro hac vice*)
**Jonathan B. Gaskin** (Admitted *pro hac vice*)
**Quynh K. Vu** (Admitted *pro hac vice*)
KAUFHOLD GASKIN LLP
388 Market St., Suite 1300
San Francisco, CA 94111
Telephone:    415-445-4620
Facsimile:    415-874-1071
Email:         SKaufhold@KaufholdGaskin.com
                JGaskin@KaufholdGaskin.com
                QVu@KaufholdGaskin.com

*Attorneys for WINDSOR SURRY COMPANY, WINDSOR WILLITS COMPANY, AND WINDSOR HOLDING COMPANY*

JOINT STATEMENT REGARDING THE STATUS OF SETTLEMENT DISCUSSIONS
Case No. 3:17-cv-00918-AA

Page 2

4845-0147-0823.1

Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800 • Fax 213.250.7900

DATED:  June 4, 2018	STOLL STOLL BERNE LOKTING & SHLACHTER PC


By: <u>s/Steve D. Larson</u>
   **Steve D. Larson**, OSB No. 863540

209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:	503.227.1600
Facsimile:	503.227.6840
Email:	slarson@stollberne.com

-and-

**Michael McShane** (to be admitted *pro hac vice*)
**S. Clinton Woods** (to be admitted *pro hac vice*)
AUDET & PARTNERS, LLP
711 Van Ness, Suite 500
San Francisco, CA  94102
Telephone:	415.568.2555
Facsimile:	415.568.2556
Email:	mmcshane@audetlaw.com
	cwoods@audetlaw.com

-and-

**Shawn J. Wanta** (to be admitted *pro hac vice*)
**Hans W. Lodge** (to be admitted *pro hace vice*)
BAILLON THOME JOZWIAK & WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone:	612.252.3570
Facsimile:	612.252.3571
Email:	sjwanta@baillonthome.com
	hlodge@baillonthome.com

-and-

JOINT STATEMENT REGARDING THE STATUS OF SETTLEMENT DISCUSSIONS
Case No. 3:17-cv-00918-AA

Page 1

4845-0147-0823.1

Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800 • Fax 213.250.7900

**Charles E. Schaffer** (to be admitted *pro hac vice*)
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:	877.882.1011
Facsimile:	215.592.4663
Email:	cschaffer@lfsblaw.com

*Attorneys for Plaintiff*

JOINT STATEMENT REGARDING THE STATUS OF SETTLEMENT DISCUSSIONS
Case No. 3:17-cv-00918-AA

Page 2

4845-0147-0823.1

**Lewis Brisbois Bisgaard & Smith LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800 • Fax 213.250.7900

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2018, I electronically transmitted the foregoing attached document to the Clerk's office using the Court's CM/ECF System:

                      /s/ William E. Pallares
                      William E. Pallares

JOINT STATEMENT REGARDING THE STATUS OF SETTLEMENT DISCUSSIONS
Case No. 3:17-cv-00918-AA

Page 3

4845-0147-0823.1

**Lewis Brisbois Bisgaard & Smith LLP**
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800 • Fax 213.250.7900